

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 26, 2015

**BY ELECTRONIC MAIL**

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 10/26/2015

The Honorable Vernon S. Broderick
United States District Judge
40 Foley Square
New York, NY 10007

    Re:    *United States* **v.** *Ashe, et al.*,
            15 Cr. 706 (VSB)

Dear Judge Broderick:

    The Government respectfully submits this letter to seek revision to two points related to the bail orders for three defendants in the above-captioned case.

    First, with regard to John Ashe and Francis Lorenzo, we respectfully request that their respective home detentions be enforced by GPS-enabled electronic monitoring, as is the case for their co-defendants Ng Lap Seng and Sherri Yan, who have also been granted bail. Currently, the orders in place for Mr. Ashe and Mr. Lorenzo reference only electronic monitoring, but do not specify that it be GPS-enabled. Counsel for Mr. Ashe and Mr. Lorenzo consent to this modification.

    Second, we respectfully request that the Court order that Ng Lap Seng may not use the land line phone in his home until the consensual wiretap has been enabled. He is presently not allowed access to any other telephone. Defense counsel for Mr. Ng consents to this request.

                        Respectfully submitted,

                        PREET BHARARA
                        United States Attorney

           By:    s/ Janis M. Echenberg
                    Daniel C. Richenthal/Janis M. Echenberg
                    Rahul Mukhi
                    Assistant United States Attorneys
                    (212) 637-2109/2597/1581

cc:    Counsel of Record for Ashe, Lorenzo and Ng
        Pretrial Services