

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*

APPLICATION GRANTED
SO ORDERED [signature]
VERNON S. BRODERICK
U.S.D.J.  11/4/2015

Defendant's bond is increased to $1 million, which should be secured by the defendant's property and four financial co-signers. In addition, Ms. Yin shall not communicate with any co-defendants unless in the presence of her counsel. All other bail conditions set forth by Magistrate Judge Fox on October 16, 2015 remain the same.

**BY ELECTRONIC MAIL**

The Honorable Vernon S. Broderick
United States District Judge
40 Foley Square
New York, NY 10007

    Re:   *United States* v. *Shiwei Yan*
           15 Cr. 706 (VSB)

Dear Judge Broderick:

    The Government respectfully submits this letter to seek amendment of two of the bail conditions for the above-captioned defendant, with the consent of Ms. Yan's counsel.

    First, we respectfully request that the value of the bond be increased to $1 million, which will be secured by the defendant's property as well as four financially responsible co-signers, as is already referenced in the current bond. Second, we request that the condition already imposed on Ms. Yan's co-defendants, that she not communicate with any co-defendants outside the presence of counsel, be imposed with respect to Ms. Yan as well.

                        Respectfully submitted,

                        PREET BHARARA
                        United States Attorney

        By:    <u>s/ Janis M. Echenberg</u>
                Daniel C. Richenthal/Janis M. Echenberg
                Rahul Mukhi
                Assistant United States Attorneys
                (212) 637-2109/2597/1581

cc:    Counsel of Record for Yan
       Pretrial Services