UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA           :       WAIVER OF INDICTMENT

   -v.-                                               :       15 Cr. 706 (VSB)

SHIWEI YAN,                                    :
  a/k/a "Sheri Yan,"
                                                :
               Defendant.
                                                :
------------------------------------------------------------x

        SHIWEI YAN, a/k/a "Sheri Yan," the defendant, who is accused in one count of violating Title 18, United States Code, Sections 666(a)(2) and 2, being advised of the nature of the charge and of her rights, hereby waives, in open Court, prosecution by superseding indictment and consents that the proceeding may be by superseding information instead of by superseding indictment.

                                              _____
                                              Shiwei Yan

                                              _____
                                              Witness

                                              _____
                                              Christine Chung, Esq.
                                              Isabelle Kirshner, Esq.
                                              Attorneys for Shiwei Yan

Date:  New York, New York
         January ___, 2016



DATE FILED:
DOC #:
ELECTRONICALLY FILED
DOCUMENT
USDC SDNY