# EXHIBIT 1
## Part B

**Exhibit 1, Part B**
*United States v. Shiwei Yan*
**15 Cr. 706 (VSB)**
**Letter from Ms. Yan and Letters of Support from Ms. Yan's Friends & Family**
**(organized alphabetically by last name)**

| NO. | DESCRIPTION |
|-----|-------------|
| 13 | Letter of Douglas H. Paal |
| 14 | Letter of Lesley Pang |
| 15 | Letter of Gregory P. Rudd |
| 16 | Letter of David Uren |
| 17 | Letter of Roger T. Uren |
| 18 | Letter of Thomas and Rachel Uren |
| 19 | Letter of Victoria Uren |
| 20 | Letter of Lawrence A. Walker |
| 21 | Letter of Danny Xiao |
| 22 | Letter of Geling Yan |
| 23 | Letter of Sheri Yan |
| 24 | Letter of Zhen Yan and Yingmin Zhu |
| 25 | Letter of Yabin Yu |

# 13. Letter of Douglas H. Paal

**Douglas H. Paal**

███████████

**Bethesda, Maryland 20814**

March 4, 2016

Honorable Vernon S. Broderick
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square

New York, NY 10007

Re:     United States v. Shiwei Yan
        15 Cr. 706 (VSB)

Dear Judge Broderick:

This letter is submitted on behalf of and in support of Sheri Yan. I am currently Director of the
Asia Program and Vice President for Studies of the Carnegie Endowment for International
Peace, the world's oldest international affairs think tank. Previously I served as Vice Chairman
of JPMorgan Chase International, and Director of the American Institute in Taiwan (equivalent
to the unofficial ambassador to Taiwan, with which the U.S. government has only unofficial
relations). Before that I served on the National Security Council staffs of Presidents Ronald
Reagan and George H.W. Bush, as Special Assistant to the President.

In the last cited capacity, I first met Sheri Yan socially in Washington in 1989, when she was a
language student in the U.S. I met her through mutual friends, including her eventual husband,
Roger Uren, who has been a friend and professional colleague since 1985. In the years since, she
and her family have visited my homes in Taiwan and Maryland, and I have visited hers in
Canberra and Beijing. On frequent business trips to China she has often hosted dinners, bringing
me together with some active duty but mostly retired Chinese officials with whom I had done
governmental business over the years.

Over those many years, I watched Sheri develop several lines of consulting business. Her
colleagues and daughter became well known to me, and I was privileged to watch Victoria, who
shares her name with my daughter, grow into a lovely and capable young woman. Her parents
rightly took great pride in her study at highly competitive Wellesley College. And she has been
as devoted as a daughter could be since Sheri's arrest. My fervent hope is that Sheri's penalty
inflicts the least burden possible on Victoria.

Sheri's crime was a shock and puzzlement to me, seeming so out of character for the person I have known. In our few communications since her arrest, she has been extremely self-effacing and humble. Her husband and daughter of course feel the weight of her plea enormously.

Thank you, your Honor, for taking the trouble to read this appeal for leniency. Victoria will need her mother's close support to recover from this heart break and to move on in her life's progress.

Respectfully submitted,

# 14. Letter of Lesley Pang

March 5, 2016
Hon . Vernon Broderick
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Sheri Yan

Dear Judge Broderick:

I am writing this letter on behalf of and in support of Sheri Yan.

I am Lesley Pang, employed in Fairfax County Public Schools as Database Engineer for 13 years. I was a MBA graduate from American University in 1999, and became an American citizen through naturalization in April 2008.

I met Sheri in November 1993 when I first came to the United States to attend APEC (Asian-Pacific Economic Cooperation) meeting in Seattle. Sheri hosted a group of 20 plus business people from major provinces in China, I had the opportunity to stay with her for three weeks on my first trip to USA. She gave me a great impression of a lady in business, who was charming, polite and mature. I was then a 24-year-old young lady who had a big dream of all sorts of business opportunities, and Sheri was everything I wanted to be like at that time.

I was the translator of a group of 30 people from Anshan Finance Bureau who had one-month training in the early 1994 in Australia. Sheri was the organizer of this training event. We got the chance to visit her home in Canberra Australia. She was a great hostess and event organizer who made the none-English-speaking-group feel like being home again, that was one of the most memorable trips that I had thanks to Sheri's hospitality, caring and generous arrangements.

In the mid of 1994, I was appointed to be Sheri's translator for her Australia Light-weight Railroad project in Beijing, and came to Beijing to help her whenever she

was in China. I got the chance to stay with her on the daily basis for a few months. We were boss-employee in the day time (I was her translator), and sister-sister after work-hours. I met with her parents (her dad was a famous writer, painter, and poet), and her brother's family in Beijing. She told me that she regarded me as her sister, and joked that I should be her sister-in-law if her brother was not married at that time. She was a dear sister to me. Even though she was 11 years older than me, we had so much fun time together. She was dating Roger at that time (her current husband), and she told me so much about Roger, how she met with Roger in USA and how she made her hard decision to leave USA to go with him to Australia. If before I knew Sheri as a business woman with many people around her all the time, she was later a sweet brave young lady who I knew personally. She loves her parents, and her husband with honor, passion and integrity. She never made her decision on the financial basis. That is one of the major personalities I admired of her.

I decided to settle down in USA in April 1995. I was so lonely and helpless in my initial days in USA when my husband was in China. Sheri introduced me her best friend Andrea. She gave me a lot of support by sharing with me how she struggled through her initial days in USA, and be my long-distance mentor. We shared so much laughter and tearing together through phone and letters in 1995 when I was in Washington DC and she was giving birth to Victoria in Canberra Australia. She was my dearest sister at that time, and will always be someone who is very special to me in my heart.

In the year 1998, Sheri made her decision to move to Beijing, China. That is the time I was studying my graduate MBA in American University. Since then I don't get the chance to see her often, but we send greeting to each other through phone, and weChat messages.

In my experience, Sheri is a very kind person who is always willing to help other people. No matter who the person is - a company's low-level employee or the doorman in her apartment - she always has respect for them, always has kindness for them.

Sheri's only notable shortcoming is her lack of understanding of mathematics and financial matters. I have always believed Sheri to be a very principled person.

I was terribly sorry for what is happening to her recently and am praying for her earnestly she will be forgiven with mercy, and that she would go through this ordeal in peace.

Thank you.

Lesley Pang

# 15. Letter of Gregory P. Rudd

Mr. Gregory P Rudd

███████████

Braddon ACT 2612
Canberra, Australia
www.gregrudd.com

Hon. Vernon Broderick
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: United States v. Sheri Yan

Dear Judge Broderick:

I write this letter in my personal capacity to offer a character reference to my friend Sheri Yan.

I had the pleasure of meeting Sheri around 2008 when I lived in Beijing for a few years with my son Lachlan. It had been suggested to me by mutual friends in Australia that I make contact.

During the several years in which I interacted with Sheri I found her to be an entirely welcoming and gracious host with a general and specific knowledge of the Eastern and Western worlds I found interesting and informative.

On several occasions we looked at potential business opportunities where we might work together. Sheri introduced me to many senior Chinese business people, diplomats, artists, writers and other interesting folk and also friends she'd made in other parts of the world.

My views on doing business in China are well known. I would often say to Australian business people who sought me out in regards to doing business in China, "so you've made some money in Australia, now you want to lose it in China."

This is not disparaging to China. It is simply a different culture. I would often say to senior Chinese, when we first meet someone in Australia we trust them until they prove otherwise. In China no-one trusts anyone from day one and the more you can 'out-do' anyone in business the more you are respected. This may well have something to do with thousands of years of commercial and life experience compared to Australia's paltry couple of hundred.

I say this to put Sheri Yan in perspective. The world in which she worked is not simple. We ended up doing no business together though I was happy to be involved with the Australia China Club set up to bridge relations and understanding between Australia and China. The Australians I introduced Sheri to always spoke well of her.

Sheri and I would talk often about the world and the different way business is done in the world. I enjoyed my experience living in China. Sheri Yan is a person you can trust. I base this on personal

experience. There were plenty of opportunities for Sheri to present some kind of dodgy offering to me. My brother was the Prime Minister of Australia at the time. Fertile ground. But never once did Sheri try to use that relationship unlawfully.

Because my relationship with Sheri was well known, I have had journalists in New York and Australia contact me and say, "now that Sheri Yan has been arrested by the FBI do you still believe that she can be trusted?" My answer has been 'yes'. I treat people the way they treat me. Sheri was nothing but gracious and professional to me and my son Lachlan during the time I knew her.

The last time I saw her was mid 2014 when my son and I moved back to Canberra. Sheri and Roger her husband and daughter Victoria invited us to dinner at their apartment in Canberra. As usual Sheri was a gracious host as she cooked our meals and the conversation was interesting as always without any talk of corrupt dealings.

Obviously I know nothing of the allegations made against Sheri in New York or any detail of the work Sheri was involved with in conjunction with the United Nations. The only thing I can say is the Sheri Yan I met and knew was a good person.

I hope this counts for something and I give permission to Sheri to use this letter as she sees fit.

I'm also happy to be contacted at any time at ▮▮▮▮▮▮▮▮▮▮ or on ▮▮▮▮▮▮▮▮ .

Yours Sincerely,

Greg Rudd
www.gregrudd.com

# 16. Letter of David Uren

29 February, 2016

EDITORIAL

HEAD OFFICE
2 Holt Street
Surry Hills NSW 2010
GPO Box 4245
Sydney NSW 2001
telephone 02 9288 3000
facsimile 02 9288 2227

ADELAIDE
11 Waymouth Street
Adelaide SA 5000
telephone 08 8206 2686
facsimile 08 8206 3688

BRISBANE
28 Mayne Road
Bowen Hills QLD 4006
GPO Box 2145
Brisbane QLD 4001
telephone 07 3666 7465
facsimile 07 3666 7499

CAIRNS
22 Abbott Street
Cairns QLD 4870
PO Box 126
Cairns QLD 4870
telephone 07 4052 6629
facsimile 07 4052 6909

CANBERRA
Press Gallery
Parliament House
Canberra ACT 2600
telephone 02 6270 7000
facsimile 02 6270 7070

DARWIN
Printers Place
Darwin NT 0801
GPO Box 1300
Darwin NT 0801
telephone 08 8944 9776
facsimile 08 8941 2647

HOBART
49 Salamanca Place
Hobart TAS 7000
telephone 03 6224 2196
facsimile 03 6224 2164

MELBOURNE
Level 2 West IBM Centre
60 City Road
Southbank VIC 3006
PO Box 14740
Melbourne City MC VIC
8001
telephone 03 9292 2888
facsimile 03 9292 2803

PERTH
34 Stirling Street
Perth WA 6000
telephone 08 9326 8412
facsimile 08 9325 9217

Honorable Vernon S. Broderick
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

Re:          <u>United States v. Shiwei Yan</u>
15 Cr. 706 (VSB)

Dear Judge Broderick:

I am the Economics Editor of Australia's daily national newspaper, *The Australian*, and am a business and economic journalist of 40 years' experience. I am author of a major recent book on the relationship between Australia and China*.

I have known Sheri Yan since July 2008 when I travelled to Beijing, China, to visit my cousin, her husband Mr Roger Uren. I have since got to know her well and I regard her as a close friend. I have attended numerous business functions that Sheri Yan has arranged.

I am aware of the charge of to which she has entered a plea of guilty. I am also familiar with the work she undertook in association with the United Nations, heading up the Global Sustainability Foundation.

At the time I met Sheri in 2008, she was running an Australia-China Club, which focused on creating connections between China and Australia. While on that Beijing visit, I met several senior Chinese businessmen who had interests in Australia as a result of connections through that club. I also attended a dinner that Sheri arranged for a US businessman to meet senior Chinese officials.

Making connections between people is Sheri's unique talent. Whenever Sheri meets anyone, she is thinking about how she might help them to meet others and in so doing build their business. In a nation of over a billion people, her ability to form connections and build networks is a talent that has a particular value.

Sheri does not bring strategic insight or content to the forums she creates but brings leaders from business and government together. I was privileged to attend a round-table forum of about 25 senior officials and business people from Australia and China which she organised in Guanzhao in August 2011. Attendees included the Australian treasurer, Wayne Swan, former Australian Prime Minister Bob Hawke, the head of Rio Tinto in China and the chairman of leading Chinese think tank, the China Institute of Innovation and Development Strategy, Zheng Bijan, deputy commerce minister Wang Chao and vice

presidents from a state-owned bank, power company and resource company. The discussion was not about concluding deals – it was rather about removing misunderstandings between the two countries, and was marked by frank debate and exchange of views that was difficult at times, but which was seen by all as a success. It contributed to a level of bilateral understanding that bore fruit last year with the successful negotiations between Australia and China of a "first-world standard" Free Trade Agreement.

Sheri's personal story is remarkable, having been left on her own with her younger brother at the age of around 7 when her parents were banished during the Chinese cultural revolution under Mao Tse Tung to raise herself. She did not see her parents again for many years. Her final formal education was in Year 7 at around the age of 12. Her energy, commitment and personal charm are the root of her success, not an understanding of business strategy or focus on detail. Her ignorance of corporate governance requirements is consistent with this.

In relation to the offence which she committed, I know Sheri to be deeply remorseful. I and other members of her family have spent many hours and days talking with her about the meaning and impact of her actions. She acted foolishly and failed to pay proper heed to the laws governing the relationship between officials and business investors. Her actions speak of her ignorance and also her lack of any sophisticated understanding of western governance and financial ethics.

Sheri still has much to contribute to society and her family. She is the only daughter to her parents who are frail and in their 80's. She is the mother of a young daughter aged 20. She is wife to Roger her husband of over 25 years. Sheri has reflected over many months about how she can atone for her crime. She has I know been in contact with a children's charity in New York with a view to volunteering. Sheri has been in discussion with her family about setting up a charity in the family name. She has much to give. She will do so as a person who has rehabilitated herself through the arduous process of the last 6 months.

Respectfully submitted,

David Uren
Economics Editor

*The Kingdom and the Quarry*, Pub Black Inc, 2012

# 17. Letter of Roger T. Uren

30 March 2016

Honorable Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square
New York, NY, 10007

Re: United States v. Shiwei Yan<br>15 Cr. 706 9 (VSB)

Dear Judge Broderick,

I am submitting this letter with a feeling of enormous stress and sadness on behalf of my wife, Shiwei (Sheri) Yan.

My name is Roger T. Uren. For many years I worked in the Australian foreign service, with postings in Malaysia, China, and the United States, and from 2001 to 2013 I worked as Vice President at Phoenix Satellite Television, a Hong Kong-based television station. I have now retired from full-time employment, but continue to work as Phoenix's Senior Adviser on international affairs. I also write articles for publications in Australia.

I first met Sheri in Washington DC in late June, 1989, when she was staying with the aged Mrs. O'Bear. At the time, Sheri was taking care of Mrs. O'Bear in her daily life while also studying English. I was then working at the Australian embassy and had a contract with an American publishing house to research and write a historical, biographical book on a Chinese political figure. I employed Sheri part-time to research Chinese magazines and books at the Library of Congress. While working with Sheri I began to know her and her literary family better. I saw that even though she had gone through arduous times during the Cultural Revolution in China, she remained someone whose heart was filled with dreams and moral integrity.

At the time, Sheri was living with little financial support, yet I witnessed many incidents in which she did all that she could to help others. Even when she first lived in Washington, and her weekly eating budget was twenty dollars, she paid the college application fees for two young women working at her building's front desk, sent money home to her parents and the parents of her ex-husband who were living in a poor village, and the like. Sheri even used a part of these twenty dollars to furnish dinners for her employer, Mrs. O'Bear, who liked Chinese fried rice so much. Mrs. O'Bear would tell Sheri that without relatives of her own, it was Sheri who constituted her family.

We were married in DC in April 1994. The inscription inside our wedding ring reads April 29 of that year, which will make her original sentence date almost exactly our 22nd anniversary. My deep pain is inexpressible.

Sheri worked as a business consultant for many years, and then, in 2001, began to work for a US company, eChinaCash, and moved to Beijing in order

assist them in setting up their operational headquarters. For that reason, I also relocated to Asia and began to work in Hong Kong. During the years when Sheri and our daughter Victoria lived in Beijing I would fly back every weekend in order to spend time with them.

After leaving eChinaCash in 2008, Sheri did some consultancy work, helping American and Australian companies develop business relationships with Chinese ones. Sheri also established the Australia-China Club, which was a social venue for Australian and Chinese business and cultural people to meet. Because of my contacts in the diplomatic and business community, Sheri knew many people of importance in China and Australia.

Sheri tried to make a living through these efforts and she very much enjoyed being a part of a sophisticated social group and being considered an elegant hostess and manager of high-level social events. I believe that in many ways, her desire to portray herself as sophisticated and worldly prompted her actions in this case. Her judgment about how she conducted herself with people she viewed as "celebrities" was not always sound. Although she liked to think of herself as sophisticated, in truth, she was and is quite naïve and can be too trusting when assessing other peoples' character and moral integrity.

Sheri set up the Global Sustainability Foundation thinking that it would enable her to make a greater contribution to the well-being of poor communities. She explained to me many times that once she turned 60, in late 2015, she would expect the Foundation to be operating properly on its own and return to Australia to be with our family. We had planned to move her parents from China to our home in Australia to live with us, as her 86 year-old father has already lost most of his sight and her 84 year-old mother suffers from heart disease. The responsibility that is most important to Sheri, and which she has taken incredibly seriously, is to care for her parents.

On the day that Sheri was arrested, I was in New York. Watching her leave our room in the early morning light with handcuffs on was terribly distressing. Sheri has made a mistake of life-changing proportions, but she is my wife and I know that from her core she is a wholly good person. Her father, Yan Zhen, and her mother, Zhu Yingmin, were both shocked by Sheri's arrest and plea of guilty, and are extremely, extremely sad. They have heartfelt gratefulness for your Honor's granting her release on bail. Being able to see Sheri via mobile phone video-chat is, for them, the brightest time of each day.

Sheri gave birth to our daughter, Victoria, in October 1995. Sheri has been an extremely devoted mother and has always wanted to be a role model to Victoria of independence and moral quality. Victoria is currently an undergraduate student at Wellesley College. She values her academic life immensely but in October, after Sheri's arrest, left school to join me in New York. Sheri and I have watched with much sadness as Victoria has taken on the responsibility of both caring for her mother and comforting me and Sheri's parents. She missed about 50 days of the last semester at Wellesley in order to stay with me in New York before Sheri's release, and is taking this semester off from her home institution to be with her mother. Victoria also had been scheduled to take a term

"abroad" at Cambridge University beginning in January. She cancelled those plans as well. I know that Victoria's performance at school has suffered, much to her frustration and Sheri's sadness. Victoria's emotional suffering has been enormous. Even while we see her resilience, both Sheri and myself are very concerned about the disruption to her future that may occur if Sheri is incarcerated, and the punishment she would have to endure (beyond what she has suffered already) on her mother's behalf.

I was born in 1947 and will be 69 years old this year. I have had blood pressure concerns for many years. I stayed in New York with Victoria until we were able to make the necessary arrangements for Sheri's bond, at which point I returned to Canberra to deal with a range of issues at home. I plan to return to the United States to attend the sentencing proceeding and lend as much support to Sheri and Victoria as I can.

Your Honor, I know that once this is over Sheri will never do business again. We simply hope to enjoy our retirement together, in the company of each other and, importantly, her parents. I also know that the ordeal she has been subjected to has worn heavily on her heart. She has been inwardly crushed by the experience. For someone who has always put the well-being of her family first, knowing that she has been the cause of such anguish has been truly excruciating for her. She has expressed great remorse for her conduct. She is mortified at her actions and the shame she has brought on herself and her family.

I beg, for the sake of her well-being, and for the lives of her parents, that your Honor will consider what leniency may be granted on the day of her sentencing.


Respectfully submitted, and yours sincerely,

Roger Thomas Uren

Kingston, ACT 2604
Australia

# 18. Letter of Thomas and Rachel Uren

# Mr and Mrs Thomas Uren

Aranda, ACT, 2614
Australia

29 February 2016

Honorable Vernon S. Broderick
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

## Re: United States v. Shiwei Yan
15 Cr. 706 (VSB)

Dear Judge Broderick:

My wife and I are submitting this letter on behalf of and in support of Sheri Yan.

Sheri is married to my father and is therefore my step-mother. I am a public servant working in the Australian Department of Defence as a manager. My wife is an Olympian who now runs her own coaching business teaching volleyball to children from 8 to16 years of age. We have three children aged 7, 9 and 12 and our family is extremely important to us.

I have known Sheri for over 20 years and my wife has known her for over 18 years. During this time she has always been kind, generous, and demonstrated enormous care for our family.

There have been times over the last 10 years where our family has faced difficulties due to injury and grave illness and on each occasion Sheri has gone out of her way to prepare meals and care packages for us. These have been extremely helpful for us and our family.

Our family always looks forward to whenever Sheri visits Canberra, where we live. She dotes on our children and the time we are able to spend with her is very precious to us. Sheri has a big heart and the warmth and love that she shows to all of us is felt deeply.

Sheri's daughter Victoria is extremely important to her and they are very close. I'm sure Sheri's presence and business in New York was motivated by her desire to stay close to Victoria (currently at Wellesley College in Boston).

I know that Sheri has plead guilty to bribery. In our time of knowing Sheri she has always behaved with propriety. I know she deeply regrets her wrongdoing and seeks to atone through charitable work when she is in a position to do so. Sheri's conviction has affected her deeply and as family is so important to her, I know that when she is able to, she would like to spend more time with her family and we are very much looking forward to that.

Thank you for considering this letter, and we ask for your leniency in sentencing Sheri. Her presence would mean the world for her daughter Victoria, her elderly parents who are still based in China, and my family and children. We love Sheri very much.

Respectfully submitted,

Thomas and Rachel Uren

# 19. Letter of Victoria Uren

July 7, 2016

Honorable Vernon S. Broderick
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

Re: United States v. Shiwei Yan
15 Cr. 706 (VSB)

Dear Judge Broderick,

I am writing to you about Shiwei (Sheri) Yan, who is my mother. My name is Victoria Uren. While I am currently enrolled at Wellesley College, I have taken a leave of absence since December so that I may be in New York with my mom.

My whole life, I've watched my mom do more than she can to shoulder the burden that is our family. She does everything and looks after everyone. This has always hurt a lot for me to see, because while every day I have been grateful for the love and the security she has given me I also have always known its cost. She has devoted more than she has to give.

My mom has always worked really hard so that I could have what she did not. I am the first person on my mom's side of the family to get a college education. It's something they are proud of, although in my opinion, their pride is misplaced – everything I have, every skill or piece of knowledge, is a gift of my mother's own sacrifices.

When I was a little girl and we first moved to Beijing my mom worked for a company named "eChinaCash," and she was very busy. In those years my dad was commuting weekly between Beijing and Hong Kong, so I spent most of my time at home with my nanny (or "ayi," in Chinese). I called my mom every night and tried to stay up to meet her. If she didn't come home before I went to sleep, I would leave notes describing how sad I had been without her. I know it must have hurt to hear me cry, but I also know that my mom has always thought that if she worked, she could make money, and that would help her take better care of me and everyone else we loved.

My mom is the heart of our family. She is the axle of grace and devotion around which our joys spin, the one who keeps it all together on behalf of everyone else. She is so giving, so kind, and has spent all of her life striving for goodness and choosing to help others. I know without a sliver of a doubt that the habits and choices that led her here came from her wanting to support us.

Even now, after everything, I take time every day to thank the universe for my mom and for the life she has given me. But I also wonder whether we might have been better off if she did more for herself. She could have exercised, read books, watched the news, she could have made

adjustments that would have made her a happier, smarter, more whole person. But she lacked the judgment, and the worldliness that comes with it, to consider things that way, so she didn't.

I am always going to be proud of my mother for accomplishing what she has. It was accomplished despite an education that was sporadic at best, despite the fact that her English is spoken haltingly, that she lacks the ability to absorb much of what she hears, and that she never had the chance – the exact chance that her hard work gave me – to take time to herself to read and learn about things that have nothing to do with her, but that do help to form a better understanding of the complexity of the world.

I suppose that for many people in this situation, their family members encounter moments of shock; they learn new things about their loved one that they never thought could be. If, suddenly, in view of the evidence, I found that my mom was a woman motivated by greed or malice – that this picture was of someone without any regard for harm done to others – then perhaps I would feel more reserve about writing this letter, and more reserve about standing by her side today. But I have spent the last nine months here with my mom thinking about nothing but what has happened, and how all this could come to be, and I have not read or learned or seen anything that changes who I know my mother to be.

This happened because my mom failed to exercise judgment of situations and of character. Both are things I know she often lacks. She tried to work in a world whose language – both literal and figurative – she did not really understand, to accomplish things she had very little experience in. As I said, her optimism in the face of discouragement is what made me proud of her. But the thing that makes me so proud is also the reason she has become ensnared. She tried to do more than was within her abilities. This has been her great mistake.

I know that my mom hoped she could "make something" of herself and be "someone" to me; one of the things she wanted was for me to see her as someone worthy of my esteem. She wanted me to think she had made something of herself after all of these years – especially after 2008, when she left her job and things started to become difficult financially. At the time my mom had lost her steady income, which meant that what supported our life in Beijing was gone. I don't think she ever really recovered the capability to take care of us that she had while she worked at eChinaCash, and that weighed on her. The silly desire to seem like someone important, who knew important people, stemmed from this.

I also know that my mom was excited about the prospect of traveling to New York, so that I could take the bus down from Boston (as I did, many times) to see her. Even though she met Mr. Ashe in early 2012, before I graduated from high school, I know that if I had not been so forceful about coming to school here in September of 2013, this would never have happened. My plans made my mom come up with a way to be close to me so that we could see each other more than just twice a year.

I don't blame myself for what happened, but I want it to be known that my mom would never have had any proximity to the UN had it not been for the fact that Boston and New York are a few hours apart by bus. The truth is simply that the more important circumstances that brought my mom to this city and allowed this to happen are my doing.

My mom's greatest virtues are her warmth and her generosity. She might not really know how to make small talk, or even how to talk about her views or interests (especially since before she started watching the news and reading the paper recently she didn't really have any), but she always expressed warmth to those around her, and welcomed many into her life. This openness is what drew people to her, allowed her successes, and at the same time it is the source of her lack of prudence. It was rare for my mom to doubt somebody. She always believed that others had the best of intentions and that their kindness was genuine.

In the past nine months my mom's confidence has been pulverized, her trust in her judgment demolished, and she has been forced to face all the naïve and stupid habits that she once had. As much as it has hurt to watch her go through this process, I also have a sad gratefulness, because this time has allowed my mom to take note of her blind spots and to correct them.

My mom is sixty years old. The most hurtful of all the painful things I have heard her say since we started living together is that she sees now she has wasted a part of her life. While she has me, she has her friends, she still feels that everything she worked to build has been destroyed by this one great mistake. My mom is not forty or fifty; most of her life is behind her. She will not make the same mistakes or entertain the same habits because she doesn't have the time to fail to recognize what she's done.

My mom also feels deep shame for what she thinks of as failing her family. To suddenly lose your capacity to look after the people who mean the most to you, and to help those who need your help – this is what she's experienced.

When my mom was released in November, she spent almost two months locked in our studio apartment alone. She was confined all the time, leaving only to travel to her lawyer's office for meetings, or to the supermarket occasionally. When she was out of the apartment she was overwhelmed by nervousness that she would somehow be delayed and arrive home later than the time allotted by her pre-trial services officer, so every outing was made horrible and anxious for fear of inadvertently committing some infraction. My mom has been driven out of her mind and out of her personality from the pressure, the fear, the isolation, and the loneliness. Being a witness to what she has suffered so brutally shreds my heart.

As the case has become more of a daily reality and I have been able to move to New York, my mom has adjusted some. Being able to leave the house to go to the grocery store once a week, do laundry, talk to a therapist, and, especially, to do volunteer work, has made a big difference. At the same time, I know that she wakes up after every night's fitful sleep into a dense cloud of physical and emotional pain. I know that thinking about what has happened, what she has to go through, what she may still have to endure, is overwhelming. I can't imagine that my mom has ever cried this much, or this entirely – sobbing with her whole body, with all of her voice. I am lucky I can still see her every day and that every once in a while there is laughter – even if it is halfhearted, pulled down by weight. I wish that this laughter we share could outweigh all the moments when I look at her expression and can think of nothing else but the image of a dog that's been beaten, because every day, at least once, I see that look on her face.

The time that my mom, my grandparents, my dad and I lost over the past nine months will never be regained. We cannot get those days back. Knowing that what we have left is limited has made the knowledge of this loss excruciating. My grandpa, who is eighty-six, has been progressively losing his sight to age-related macular degeneration for a few years. The progress of the disease has accelerated since my mom's arrest. What I can never let myself rest from thinking about – what comes to me every night when I fall asleep, and first in the morning each day – is if my mom, my grandpa, and my grandma will ever see each other again. I cannot explain how much this hurts or how wrong and how cruel the thought feels.

Through all this time, there hasn't really been room for me to be as scared as I could be, or as hurt, because I know I have to be brave for my mother the way she has been brave for me my entire life. But I am scared about what could happen to her if she is sent to jail. I am so worried about her. I want to be able to stay near her so that if anything happens I can be there right away, but I also know that I need to go back to take care of my grandparents, because if they can't see her they have to be able to see me. And I'm scared that even then I won't be able to take care of them in the way that they need.

I understand that for some involved in this case over the past nine months it has been a matter of carrying out a job that involves abiding by and honoring the precedence set by the law. This is a noble commitment, and I would not feel right asking for anything that constituted insolence or an affront to it. But at the same time, I must beg with every fiber of my self that my mom gets to spend as much time as possible with my grandparents. That my mom can spend the life she has left getting herself back in order so that she doesn't feel these mistakes render everything else wasted. I know that there are rules and amounts, things that are allowed and things that aren't. My plea is that my mother receives what is the best outcome for her that may still uphold the system that created these limits.

Even now, in all her pain, my mom gives everything for me. And I in turn would give up everything, every opportunity or possibility or shred of my future so that my grandfather may lay his palms on each of my mother's cheeks and be able to look into her eyes. I don't want my grandma to never again be able to touch her hand or feel her small body folded in my mom's arms. My grandma and grandpa have seen so much pain in their lives, and for their final years to be spent yearning for a daughter they cannot see and cannot speak to except through a machine is a thought that ruins me.

I would give anything, but I only have my word. Please, I beg your Honor that they might still see her. I beg you to remember that she is not a bad person, only a naïve one who was ill-equipped for the things she chose to pursue. To remember that we may only have a few years left.

Thank you.
Respectfully submitted,

Victoria Uren

Victoria Uren

# 20. Letter of Lawrence A. Walker

February 22, 2016

Honorable Vernon S. Broderick
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

Re:    United States v. Shiwei Yan
            15 Cr. 706 (VSB)

Dear Judge Broderick:

I am writing this letter in support of Shiwei (Sheri) Yan. By way of introduction, my name is Lawrence A. Walker. I am 59 years old and am a retired Foreign Service Officer of the U.S. Department of State. I have served our country in Mexico City, Bonn, Shenyang (Northeast China), Nigeria (in its relatively new capital of Abuja), Taipei, Berlin, at the U.S. Africa Command (USAFRICOM) in Stuttgart, and on various training and work assignments in the United States, including two years as Economic Officer in the State Department's Office of Korean Affairs and one year at Bank of America working on projects to restructure non-performing Latin American debt obligations into income-producing ventures to repay debtholders. I hold a Bachelor's Degree in Languages and Linguistics from Georgetown University (magna cum laude and Phi Beta Kappa), an MBA from the University of Illinois, and a Master's in Administration and Management from the Université Catholique de Louvain in Belgium, which I attended on an Ambassador Scholarship from Rotary International and from which I graduated "avec distinction." I am married to a prominent Chinese author, who is writing you separately, and I have translated a collection of her novella and short stories from Chinese to English (White Snake and Other Stories, Aunt Lute Books, San Francisco, 1999).

In addition to my Foreign Service career, I served for eight years as Managing Director and Executive Vice President of the German-American Chamber of Commerce of the Western United States, which is both a membership organization and a private-public venture that carries out trade promotion in both directions between the U.S. and Germany. I also worked for a year in international and ethnic marketing for a San Francisco business-to-business dot-com company and served for two years as Director of Business Development in the Silicon Valley office of Denmark-based venture capital company 2M Invest. During my government service I received two Meritorious Honor Awards from the State Department and a Joint Civilian Service Achievement Award from the Department of Defense. During my German Chamber years, my organization was nominated as Export Organization of the Year, and I was personally nominated as Export Citizen of the Year, by the District Export Council of the U.S. Department of Commerce for the San Francisco-Silicon Valley region. A lifelong language enthusiast, I have tested with the State Department at the high proficiency ("4") level in four languages (German, French, Spanish and Mandarin Chinese); at the full proficiency ("3") level in two languages (Portuguese and Italian); and at various levels below that in other languages (Cantonese, Danish, Dutch, Hausa and Japanese) – a total of eleven foreign languages.

I have known Sheri Yan for 27 years, since the autumn of 1989, when I met her through a Chinese mutual acquaintance in Washington, D.C., where I was a Foreign Service Officer serving in the United States Department of State's Office of Korean Affairs. I have seen her periodically through the years, especially during visits to Washington, D.C. and Beijing, when she was residing in those places. My wife and I went on vacation with her and her family in Hawaii over Christmas in 1999, and Sheri and her daughter visited us in Berlin in the late spring of 2012. I have found her to be unfailingly pleasant, kind, and generous. I do not recall hearing her say a bad word about anyone, ever.

Sheri is always trying to get people together with others with whom she thinks they would be compatible. She seems to have a "sixth sense" for this, bringing people together, for example, with great success. She is a bit otherworldly, sometimes unaware of basic facts, current events and famous celebrities, but her openness to people and her sense of their mutual compatibility have allowed her to make a successful career.

I would like to present what for me is the most important example of her kindness and generosity in getting compatible people together. The first time I met Sheri, when we both lived in the Washington, D.C. area, she told me a childhood friend of hers, a novelist, had just arrived in the United States. The friend was single, as was I, and Sheri thought that I should meet her. I was politely noncommittal at the time, but Sheri and I exchanged phone numbers. Several days later Sheri called to say her friend, who was studying English as a foreign language in Buffalo in preparation for graduate studies, would be coming to visit her in Washington, D.C. soon, and she thought we should meet each other. I told her that such attempts at matchmaking were awkward and rarely resulted in anything more than embarrassment for both parties. Sheri persisted, keeping me on the phone for an hour, and I finally proposed a solution. At the time, Sheri lived in an apartment of an elderly woman at the Watergate, where she took care of the woman on various shifts when she was not studying. She regularly had to work the Saturday day shift. I had attended Georgetown University in Washington, D.C., visited all the major and many of the minor sights, knew all the museums of the Smithsonian and was a member of several good but lesser-known private museums such as the Phillips Collection. I enjoyed visiting and revisiting these sights and museums, and I told her I would be happy to take her friend sightseeing while Sheri was working. Beyond this, however, there should be no further expectations.

As I learned years later, right after our phone conversation, Sheri got on the phone to her friend in Buffalo and convinced the friend, who had no immediate plans to visit her, over the course of a two-hour conversation to travel to Washington, D.C., to meet me. The friend was similarly disinclined but looked forward to seeing her lifelong friend and finally agreed to the trip.

To make a very long story short, the friend and I turned out to be compatible. We have been a couple since a few days after we met, and we have been married for 23 years.

When Sheri visited us in Berlin in 2012, we were coming up on our 20th anniversary, and we thanked Sheri for spending an hour on the phone with me and two hours on the phone with Geling to convince us to meet. Sheri was nonplussed: she vaguely remembered having been involved in introducing us but had no recollection of the long persuasive phone calls.

I can only conclude from this that Sheri has done so many good things for so many people over the years that she cannot keep track of it all, nor does she even try. To me this illustrates her generous nature.

Sheri feels great remorse for having violated the law and acted in contravention of the standards of her adopted country. She also finds it painful to have put herself in a position where she now has to depend on other people, whereas she is accustomed to being the one who provides for others. I firmly believe that after serving her sentence that she will manage her affairs far more carefully, keeping strictly to social events and away from business matters, and will never come to the attention of law enforcement authorities again.

I sincerely plead with your honor to exercise the maximum leniency at your disposal in sentencing Sheri. If imprisoned, I know she will be a model inmate, and after her release, she will continue to contribute much good to those around her.

Sincerely yours,

Lawrence A. Walker
United States Foreign Service Officer, retired

14055 Berlin
Germany

# 21. Letter of Danny Xiao

Danny Xiao

Santa Monica, CA 90042
Feb.18, 2016

Dear Judge,

I am writing to you in respect of sharing my true feeling about Sheri Yan, whom I have been known for seventeen years. I fully understand this one-page statement from me could not deliver a full portrait of Sheri's personality, but I do wish it could least show my support as what she would always do when people are in their difficulties.

I've known Sheri since the late 90s. She was a very good client of Tenwell law firm, at which I was one of the business partners. In 2005 the transferring of ownership took place at my company and I was facing out of the job all of a sudden. When I was frustrated and nervous, Sheri, as the president of e-China Cash internet technology Co. Ltd (eCC), soon offered me a job after she acknowledged my hardship, which gave me and my family a great support. I worked with her at eChina Cash for a number of years. Not only did she offer me a job, but also a long-lasting friendship. Because of that new job, it gave me opportunities to know more about Sheri in her private life. She helps people when they need it and she enjoys doing that.

Her success of business negotiations, the high degree of satisfaction of customers, and her support for the employees, for all mentioned above, it has been proved that Sheri is an excellent female businesswoman all these years. When she was at work, she always listened to the young workers who are lacking experiences/skills. She would share her own stories and give them advices so that they could actually learn things from their jobs. Sheri'd love to give her employees opportunities, regardless their position or title at the company, as long as one wants to get improved, she would give all the support. She shows her love and passion in her life in every detail. In real life, Sheri is a very emotional person, and very easy to get deeply touched by bursting into tears, which sometimes causes her making some bad decisions in the cruel business world.

Now I am a partner of a culture company called Zebra-Valley Ltd, which is founded by Qingyun Ma, the Dean of the School of Architecture at the University of Southern California. One of the streams of our business is to promote classical music and Chinese poetry among young kids through charity events. Sheri has always been a great patron to us by donating books and instruments to local schools. As raised in the celebrated Chinese artist family, Sheri always believes that people who love art could never be a bad person.

The last time I met Sheri was at a dinner in Manhattan, New York City, late August in 2015, along with her beautiful and elegant daughter Victoria. Unlike most Chinese, Sheri spontaneously gave hug to people when saying hello. I still remembered that moment well when we saw each other, she opened her arms and gave me a big warm hug. These ordinary gestures sometimes give people with endless warmth and courage, just like what Sheri helped those kids as well as many others and me with her kindness, enthusiasm and emotions.

Dear Judge, thank you for taking time to read my letter and your kind

consideration on Sheri's sentence.

Sincerely yours,

Danny-Xiao

# 22. Letter of Geling Yan

February 22, 2016

Honorable Vernon S. Broderick
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

Re: United States v. Shiwei Yan
15 Cr. 706 (VSB)

Dear Judge Broderick:

My name is Geling Yan 严歌苓, and I am writing on behalf of my friend Shiwei (Sheri) Yan.

By way of introduction, I am one of China's most famous novelists and screenplay writers. I have published eleven novels and several collections of short stories. Four of my novels have been translated into fifteen languages, including English, and have been published all over the world. Several movies based on my literary works, some adapted by myself and others adapted by other writers, have been made into movies by the most prominent Chinese directors in the world, including Zhang Yimou, Chen Kaige, Ang Lee and Joan Chen, and have been distributed worldwide. I hold a Master's in Fine Arts (MFA) in Fiction Writing from Columbia College Chicago. I have won upwards of 30 honors and awards for my novels, short stories, movies scripts and TV series, including Golden Horse Award (Taiwan's equivalent of an Oscar) for my script for Xiu Xiu: The Sent-Down Girl, which is based on my short story; and the International Freedom Award from National Board of Review of Motion Pictures for the same script. In 2006 I was named one of China's ten most influential women by Sina.com, a Chinese online media company with over 100 million users worldwide. I am possibly the only person to be affiliated simultaneously both with Hollywood's Writers Guild of America and the Writers' Association of the People's Republic of China.

I became a legal permanent resident of the United States in 1989 and a naturalized United States citizen on March 11, 2004. I served alongside my U.S. diplomat husband in his tours of duty serving our country in Abuja, Nigeria; Taipei, Taiwan and Berlin, Germany.

I have known Sheri Yan since we were both in nursery school, as our fathers had become good friends and colleagues and had worked in the same Writers' and Artists' Association of Anhui Province. Sheri was always caring and protective of me in my childhood and always shared food with me during a time when food was scarce in China. She was known among the neighborhood children to be extremely generous. She would bring out her family's food ration coupons to buy them fried peanuts and pickled meat, which were considered rare treats when we were young, and share them out to the children whose families were even poorer than hers. She was warmhearted and generous to the extent that her nanny and elders sometimes scolded her for it, but they were never able to change her nature, which is full of goodness and compassion.

In the late 1980s I was enrolled in a graduate program for promising younger writers at Beijing Normal University. (Among my classmates was Mo Yan, who won the Nobel Prize for Literature in 2012.) After the Tiananmen Incident in June 1989, it became very difficult to continue, as some of my classmates had been arrested and all of us had to stop our studies to engage in political indoctrination and military training. I then decided to go to the United States to pursue graduate studies in creative writing. Sheri was already living in the United States at that time, and she and I renewed our friendship with an even stronger bond. As ever, she saw me as a younger sister and tried to help me find work during my school vacations. She even took care of me to the point of introducing me to an excellent man, a U.S. diplomat who had just returned from a posting in Northeast China, whom I married in 1992.

Although Sheri and I lived in different cities, we called each other a few times a week, never stopped exchanging ideas about current affairs, about each other's lives, about the relationships with our loved ones and, of course, about fashion, films or whatever recipes we had created. One summer when I visited her in Washington, D.C., a friend of hers told Sheri that she and her daughter could not afford health insurance, so Sheri wrote a check on the spot to pay the insurance company. I was surprised because I knew that at that moment Sheri herself didn't have much money to spare and had to work several different jobs just to make do. I thought to myself, this is the old Sheri who just can't see people in need without doing something to help.

After Sheri started to work as vice president of eChina Cash and moved to Beijing with her family, I got to see her often whenever I traveled there, since my publishers and film and TV producers and directors are mostly located in China.

Sheri is a loving and filial daughter toward her parents. She always makes sure that they live more comfortably than she herself does. More than fifteen years ago, she bought apartments for her parents and her older brother, at a time when they faced a very tight housing market and had a very small living space. She has brought up her daughter to follow her own example of filial love. As a result, her daughter is very close to her grandparents and to her mother.

What worries Sheri most in her current situation is her father's health. He is a poet turned painter who is almost blind from macular degeneration. She is in tears every time we talk about the old man's eye disease that has almost completely taken away his vision. It saddens her that without her around, her elderly parents will be even more vulnerable, as she was always their mainstay and support and was never separated from them for long.

Immediately before her guilty plea, I traveled to New York to visit Sheri. She very much regretted her past conduct, which has become the very obstacle that prevents her from taking care of her parents and daughter. At the time she was proactively arranging the living situation for her elderly and ailing parents and her daughter. She talked about behaving well during any period of incarceration and working toward full rehabilitation, hoping she can still spend some time looking after her parents, and hoping they will still be alive once she is free again.

Sheri is such an important person in my life, during my entire life, that my husband and I have done many things to help her in her time of need. We have assisted with her legal fees and I have also traveled to Beijing to gather letters of support from various friends and associates of hers. And I have made a trip from Berlin, where I currently live, to visit Sheri

in New York in January. I also call her nearly every day to see how she is doing and to give her a bit of diversion from her worries and her house arrest.

I know Sheri to be a fundamentally good person who has much to offer the world. She deeply regrets her past conduct that has led to this situation. In the future, she will restrict her activities to organizing and participating in social events and stay out of matters related to politics and the United Nations. She is brings much more good into the world outside prison than inside. I plead with Your Honor for the maximum possible leniency in her sentencing.

Sincerely yours,

Geling Yan

14055 Berlin

www.yangeling.com

# 23. Letter of Sheri Yan

July 7, 2016

Honorable Vernon S. Broderick
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, N.Y. 10007

Re: <u>United States v. Shiwei Yan</u>
15 Crim. 706 (VSB)

Dear Judge Broderick,

I could never in my life have imagined that I would stand before you today as a criminal.

Since October last year to today, I have experienced handcuffs, ankle cuffs, one month incarcerated and eight months of home detention. I have criticized myself every day, and asked myself, how could my life become so miserable, so low. I have always tried to be a good person who expresses only kindness towards others, and for that to be so overwhelmed by the case has been very hard, very confusing. My lawyers, my daughter, and my pre-trial officer, as well as the therapist that was provided to me, they have used all their sincerity to teach me that it is not true that if you are a good person and do something wrong, you are no longer so. They have encouraged me to accept responsibility for what happened and to look forward to the future. I will never, in my whole life, forget their kindness, their support, the education that they have collectively given me.

My stupidity and my false ambition completely destroyed the lives of my loved ones – it has forced them to watch in immense pain as the future I worked toward for thirty years was destroyed by me, and watch as I face the most terrifying day in my life. On July 26th, my parents will stay up deep into the night. My 86 year-old father, now nearing total blindness, will sit by my 84 year-old aging mother, the two of them will sit before the phone, waiting for news from faraway about my sentence. I can't imagine the anguish they will feel. I always made a great effort to earn my living and to prove to my parents, my husband, and my child that they could be proud of me.

What I brought my family was not pride, but endless worry, and endless sadness. But the pain of my failure and my loss is not nearly as affecting, or as horrible, as the pain of not knowing when, if ever, my parents and I will see each other again. I cannot capture my regret in words. I apologize each day to my parents, my brother, my husband, and my daughter. I am so sorry.

In my childhood in the Cultural Revolution, our home was destroyed, all four of our walls lined with books set flame, and my whole family was split apart and sent to faraway places – my father sent down to work in a farm, while my mother was "re-educated" in the countryside, and where my brother was sent for his schooling. At the time, I was ten years old or so, and left to

live alone like a wandering child in the city. The last nine months have been more painful than this part of my childhood to me.

For most of my childhood, I didn't go to school. I did not receive a degree from university, although in the early '80s I did take part in the first post-graduate course at the People's University. After that I was hired in the Industry/Commerce division of Central Broadcasting Station to become a reporter on commerce. This was the most lively, enthusiastic period of reform and opening-up, although what I had to report on was not nearly as complicated as the business news today.

From my arrival in the US in 1987 until today, I have worked almost every day. I left China 30 years ago, without English, only a few hundred dollars that my mother sewed into my waistband, and a Chinese translation of a book called "The American Dream". I believed the message I saw in movies and on TV that the biggest dream should be to become a successful, independent businesswoman. I worked because I wanted to achieve that dream, because I thought that being successful meant that you would be seen as exceptional in the eyes of others. It was not just about having enough money, but having a kind of social position, a respect from others that came from their admiration for you.

I don't know why, as the daughter of a family of "intellectuals", the myth of this kind of success became so desirable, how it could be that the spirit of a movie like "Working Girl" could appeal to me. My father was a poet, and my mother was an editor of arts and leisure at the radio station. I grew up surrounded by the romantic ideas in poems and novels, not by logic. The Cultural Revolution brought almost all education in China to a standstill, and because of that I did not have the education that would have prepared me to pursue such a dream. Today, I realize that these hopes I had were unrealistic – and that they constitute the very trunk from which my crime grew.

I know that I would not be involved in this crime if in 2012, I refused Mr. Ashe's invitation to become an advisor on the Asia-Pacific when he became the President of the UN General Assembly in 2013. In the spring of 2012, at a banquet set up in Hong Kong, Mr. Ashe invited me that very evening and sent a follow-up email after the banquet to become his Advisor, and to help him complete preparations for funding his one-year term. I saw this man, respected by his peers, in such a distinguished position, and I felt tremendously honored to receive the invitation.

Of course it's clear now how badly mistaken I was. My ignorance and my myth of "success" caused me to take the first of many great missteps of my life. Now I am completely lost in a great, complicated forest. When it comes to life, to value, to relationships between people, I have completely lost my confidence. Before my eyes is a great flat sheet of darkness.

I owe a great debt to many people.

In the past nine months, except for when she has been in class, my daughter has spent almost every hour by my side looking after me. She has helped me to read every legal document and supported me by taking on so much of the responsibility for me, and for our family. She used her still frail, young shoulders to take on all my pain. I owe her too much, too much.

If it was not for my childhood friend Geling Yan who helped me financially and emotionally, and at the same time visited my parents, looked after them, I could not have survived this time. The money my parents saved for growing old would have been totally depleted. If there was no money to pay for my lawyers, then I would not have been able to receive their help. And without their help, then I don't know how I would have dealt with this situation. I can never repay the love or the care Geling has given me. That will take more than a lifetime.

If it were not for the pre-trial officers that I have met, without the therapy they arranged for me, without their support for me to join Children of Promise, NYC (CPNYC), without their approval for me to exercise every day, without their approval for me to visit doctors, and without their kindness and encouragement, my mind would have already collapsed. The care they have shown me has given me much warmth.

In a difficult time and uncomfortable situation, CPNYC opened their arms to me and welcomed me aboard as a volunteer. CPNYC is a center located in Bedford-Stuyvesant that provides after-school programs and counseling to the children of incarcerated parents. From the beginning of the year, CPNYC has let me see another part of our society, a few hundred kids who struggle on the line of basic life, and see an organization with a great heart, who kindly and proactively do what they can to help these children, a group who are willing to put their time and their love to give to poor and suffering families. The experience I have at CPNYC has changed, and continues to change, my understanding of what it is that makes life meaningful, and my view of what success means.

Of course, I have to say to my parents, my family – my husband, my brother and my very dear relatives from Australia – as well as the friends who have put their trust in me, they all gave me and give me everything that they can possibly give. They provide all the love and all the support. They use their clean names to write letters to your Honor on my behalf. I will never forget this in my whole life.

To the prosecutors, they view me as someone who broke the law, who has malevolent wishes toward our country. I wish I could have an opportunity to make them understand me. I still want to use this opportunity to wholeheartedly thank the government, because if I did not have this experience, I don't think I would have seriously thought about my life, or evaluated what contribution or worth the things I have done have to society. I wouldn't have learned to value the time I have with my family like I do now. I would not have begun exercising routinely, or done such thorough medical exams. So, I hope that they know that my gratitude is real, and it is forever. Today's painful wake-up call has given my life from today onwards a huge influence.

I don't know what my life will be after July 26th. The last nine months, I have been afraid to think of it. I am afraid of thinking about what will be in my parents' eyes when they wait to hear the result. Every day I dream of feeling their faces, putting them in my arms. They are so old, and for them to see the daughter who they love and trust and know is good, who they know would never, ever, willingly hurt another person, to see her in such a place, to not know if they will see her ever again, I don't know if that is a kind of pain that they'll be able to go on living through. If they were not the ages that they are now, they would have long ago flown here to be with me.

When this is over, I hope I will have the chance to use my entire heart to take care of them and make up for the thirty years I spent running after work and spending less time with them. At 60, I will never again enter the business world. What I want is to focus on promoting my father's paintings to support my life.

I will also be a better wife. My husband will be 70 this year. From when we first met in a bookstore in Washington, DC in 1989, because of my stubbornly wanting to become a successful businesswoman, he has been forced to bear so much loneliness. He has never concerned himself much about what I am doing in work, because he always trusted that I would work hard and diligently, but today, this marriage has brought him great shame. My husband's correctness in his entire life has been tarnished because of me. I will spend the rest of my life by his side, taking care of him.

At the same time I also want to dedicate myself to continue to support CPNYC's work, from wherever I am, in whatever way I can. I want to continue working at CPNYC as a volunteer, using the business experience I do have to make meaningful contributions. It's my plan to work with the CPNYC team to produce what we call the "Art from the Heart" art book project twice a year, which is something we set up as another way to encourage the children to see themselves as filled with potential and possibility.

I also plan on working with the CPNYC team to start an annual event simply called "Children of Promise" that will create an opportunity to show greater society how valuable what they are receiving at CPNYC is. I want the city to know that this organization is making a great contribution, and doing something that doesn't just change the lives of these kids, but that also makes New York a safer place. This city has seen my greatest failure, and so this city is where I want to stand up again, and be able to make a real contribution. I'll always do my best to support CPNYC, forever. No matter where I am.

Dear Judge Broderick, your Honor, I am already 60 years old, not young any more. I don't know how long I will live, but I do know that I will never repeat this mistake again. After today, I may never be able to see you again, but I hope your Honor understands how truly, deeply regretful I am for my actions. I will struggle every day to not be defined by the conduct that brought me to this place—things that are separate from the person I have always been, which is someone who cares for others deeply, and gives her warmth and her love generously. What I fear most today, every day, and what I constantly think about, is that I may never see my mother and father again. That I may never look into their eyes and tell them how I am so, so, so sorry. I only hope that in their final years they do not have to endure great suffering again, as they have so much during their lives.

Thank you for giving me the time to write to you.

Yours Respectfully,

Sheri Yan

# 24. Letter of Zhen Yan and Yingmin Zhu

Respectful Your Honor,

We are Shiwei's parents. I am presently 86 years old, while her mother is 84 years old. We have thus reached the fragile years of our extinguishing lives. Once Shiwei's case broke, we have been worrying day and night, as if something is burning up our hearts, and our health situations slipped drastically. My eyesight has now been reduced to half-blind condition. As to her mother, aside from her eyesight failing steadily, her high blood pressure is constantly plaguing her. Our present circumstances simply would not allow us to make long-distance travel at all. But we are indeed concerned that we may not see our daughter again while we are alive. Therefore, with nothing under heaven and earth that could ever respond to our pleading, we pluck up our courage to write to you. Even though I cannot even see what I am writing, but in order to relate to you certain things about Shiwei, I must write. Shiwei's mother has copied my handwriting out in clearer writing so that it may be clear for the translator. I am writing hoping that you, respectful Your Honor, will do your best to help us out in the most humanitarian manner possible.

Respectful Your Honor, Shiwei is a good person. From childhood till adulthood, she was always kind and ready to help others. I remember one summer when she was five, and the weather was particularly hot, I gave her enough money to buy ten icicles, one per day, good for ten days. However, she also saw that the little friends of hers in the courtyard were feeling the heat too. So, she bought ten icicles one-off and distributed them to all her little friends. She would rather not have icicles for the remaining nine days herself, in order to allow every one share the icicles with her. Even though this was no big deal, but it left an unforgettable impression with me indeed.

Another matter: during the period of Cultural Revolution in China, since our family experienced oppression, as a result, the four members of our family were scattered to different corners of the country. At the time, Shiwei was merely 11 years old, and had to stay home all by herself. On one occasion, these rebels pressed me to go to a distant mountain village to repair a water reservoir; and when I came home, young Shiwei saw that I was not wearing any winter clothing, and without thick socks, to fend off the cold. So, she stayed up all night, sewed a pair of wool socks for me, using some of the old wool threads lying around. How this pair of socks warmed my heart, allowing me to survive one severely harsh winter in this far-away mountain region!

My daughter is a good individual. She came to America for further studies with her own money, and worked at the home of one old lady, Mrs. O'Bear, near the Watergate Hotel in Washington D.C. During those three years, she treated the elderly lady like her own folks. And for those three years, aside from spending ten US dollars to buy one pair of jeans, she never once went shopping anywhere else the rest of the time. And she took the same route daily for those same three years, that is, from residence to school and from school to residence. Later on, she started working, but she still went to visit the old lady on Sundays. After the elderly woman was

admitted into a senior home, she continued to go visit her every week at the facilities. What was truly memorable to me is this: at Shiwei's wedding, she personally pushed a wheelchair to the senior home and pick up the old lady to come to her wedding ceremony site, so that she could share Shiwei's happiness as well!

Another incident that was also unforgettable: Shiwei is very thrifty for herself, but is always willing to help others. After she started working in the US, it was quite hard for her to save up one thousand US dollars. She was so happy to be able to send these one thousand dollars back to China for her parents. And yet, when she got to the bank, she ran into a woman, who saw that Shiwei wanted to remit money, and made this claim: that she has someone who is sick at home in a faraway place, and need money, and yet she has forgotten to bring her credit card with her that day. So, she requested Shiwei to first loan the money to her, and once the money was remitted, they could go home together so that she could pay Shiwei back with her credit card. Nevertheless, once the lady sent the money off, she claimed to go pick up her car and was never seen by Shiwei again.

Later on, in her work, she once led a Chinese visiting delegation. While they were visiting in Washington, one of the delegates incurred an acute heart condition, and needed to be admitted into a hospital for treatment. However, once the patient arrived at the hospital, nobody was around to pay the deposit money, and the hospital refused the emergency procedure. At that crucial moment, Shiwei brought out the only piece of credit card that she ever had, and put her entire savings down for the deposit amount. Consequently, this allowed this patient, who was far away from home, to receive timely treatment, which perhaps saved his life. This saved person was the a finance officer of a certain district in Shenyang, China. Once he returned home, he wanted to thank Shiwei several times, but they were all respectfully declined by her.

Respectful Your Honor, there are a whole lot more Shiwei stories like these, which I won't iterate one after another here.

Your Honor, we are thousands of miles away from America and have no relatives whatsoever over there, so we are writing this letter to you, treating you as if you were our only relative in the U.S. We hope that you can indeed help us, and allow our daughter to come back sooner rather than later, so that in our twilight years, she can still take care of our livelihood and fulfil her filial heart's desire. This is because you do represent the fairness and kindness of America.

With our endless thanks,

Shiwei's father: Zhen Yan

Shiwei's mother : Yingmin Zhu

3-12-2016

# 25. Letter of Yabin Yu

Honorable Vernon S. Broderick
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

Re:  United States v. Shiwei Yan  15 Cr. 706 (VSB)

Respectful Your Honor,

How are you? My name is Yabin Yu, just an ordinary Chinese national, and would have never known you in my life. But today I take this opportunity to write you this letter, wanting to relate to you the Shiwei Yan that I know, which I hope would help you to have a fuller understanding of who she is.

Shiwei Yan is the ex-wife of my older brother, and I knew her since I was ten years old, like over thirty years ago now. She is passionate and kind, treating my family members extremely well. Each year, she would bring my family from a small town in Northeast China to Beijing to have a reunion, and give us fun tours. Even though she was divorced from my brother later on, and as you well know, this turned our relationship onto a somewhat awkward plane, but she still loves my family, and would send greetings and presents to my parents at festivals every year. She cares about the health of my parents, and our dealings with her are just like relatives.

Ten years ago, knowing that I lost my job, she was very concerned, and invited me to come to work in Beijing. From an outsider's point of view, this is truly incredible, since she is my older brother ex-wife and this had nothing to do with her, but she treated me just like a blood sister. She took up this responsibility and put all my risk upon her own shoulders. She helped me to rent a place in Beijing, arrange a job for me. Once I had settled down in Beijing after one year, she simply could not bear the fact that I had been separated from my husband and suggested for him to come to work in Beijing as well. Of course, it was still under her assisted arrangements. My entire family was very moved by this and was thankful to her in helping me out during a crisis, like gifting someone with coal during a snowstorm, so to speak.

Shiwei Yan did not just treat her family well, because more than once, I have seen her financing and supporting other people, all due to her natural temperament of kindness. Let me tell you a true story. While I was working at US Company in Beijing, eChinaCash Inc., there was a female colleague, Coco, who unfortunately incurred stomach cancer and needed immediate surgery. At the time, it was brought to Shiwei's attention by the finance and personnel department (Shiwei was the Co-CEO of this American company). Under these circumstances, Coco's monthly salary would be reduced to merely a few hundred RMB from a few thousand, and she would only be paid for a few more months. So, Shiwei instructed the accounting department to take 8000 RMB from her monthly salary, to directly transferred to Coco's account, just so to relieve her of further hassles in her predicament, such as having no funds for the surgery. This situation subsisted for a good while. At this time, several high management people were planning to dismiss Coco in accordance with standard protocol, which

would have meant Coco losing all benefits enjoyed by company personnel, such as medical insurance etc. At this point, Shiwei fought this with reason, not only saving Coco's job, but actively organizing everyone to solicit donations for her treatment. This support went on up until Shiwei left the company. During the time when Coco was at the hospital, Shiwei asked me to send flowers to Coco every week, which lasted for a long time. Later on, once Coco fully recovered, she gave Shiwei an embroidered cross that she had woven from her hospital bed. According to Coco, during that most difficult period of days, only her family, her husband and Shiwei Yan sustained her by their love. Later on, Shiwei even helped to write a recommendation letter for Coco in seeking another job, and assisted her by through a telephone interview recommendation. Consequently, Coco became the secretary of the boss for a very big American company. She did very well and her health recovered, and gradually Shiwei has lost touch with her. This incident left in all our hearts one very deep impression: that Shiwei Yan is a sincere and selfless individual, never with any intention of hurting anyone.

Since I generally still assist in taking care of the daily livelihood of Shiwei's parents, I personally witnessed her personal dealings with her family members. Whether they be her parents, husband, brothers or daughter, she pours out her heart that is full of love. Under all possible circumstances, she always fights for the responsibility of shouldering her parents' care. She is the spiritual pillar of the family. Shiwei's parents are both close to ninety years of age, and her father's eyesight is close to blindness. Since Oct. last year, these two old people worry daily about her, while their health keeps on deteriorating. I understand the importance of strengthening the law and regulations. Still, with full respect, I would like to make my request of you as well as the prosecutor's office: I plead for your prudent consideration in giving her a lenient treatment, because the lives of these two old folks are in the balance.

Right now, it happens to be the traditional Chinese New Year Spring Festival, which is a moment for us Chinese to gather with family members - "Always missing loved ones during festivities." This is how I feel at this moment, and believe you can understand the sentiment.

Thank you for reading my letter, and I wish you auspiciousness in life!

Sincerely,

Ya Bin Yu.

Yabin Yu
February 8th, 2016