# EXHIBIT 2

**Exhibit 2**
*United States v. Shiwei Yan*
**15 Cr. 706 (VSB)**
**Photos of Ms. Yan and Her Family from Childhood to Present**

| PHOTO | DESCRIPTION |
|---|---|
| 1 | Ms. Yan at age 1 with her brother. |
| 2 | Ms. Yan at age 3 with her brother and her parents. |
| 3 | Ms. Yan at age 5 with her brother and her parents. |
| 4 | Ms. Yan at age 15. |
| 5 | Ms. Yan at age 16 in the uniform of her dance troupe. |
| 6 | Ms. Yan at age 16 with her dance troupe. |
| 7 | Ms. Yan at age 21, the year she was reunited with her parents. |
| 8 | Ms. Yan's daughter Victoria, aged 4, visiting her grandfather in Beijing. |
| 9 | Ms. Yan with her daughter while visiting Ms. Yan's parents in Beijing. |
| 10 | Ms. Yan at age 49 in Beijing with her parents, brother, and daughter. |
| 11 | Ms. Yan and her mother at Victoria's high school graduation in 2013. |
| 12 | Ms. Yan in 2013 with her daughter Victoria and Ms. Yan's parents. |
| 13 | Ms. Yan with her family at her father's art show in 2014. |
| 14 | Ms. Yan in 2014 with her husband, brother, and parents at Ms. Yan's mother's 82nd birthday in China. |
| 15 | Saturday tutoring at CPNYC, photographed by Ms. Yan. |
| 16 | Ms. Yan in 2016 speaking over Facetime with her parents in Beijing. |
| 17 | Ms. Yan in June 2016 with her husband Roger and their daughter Victoria. |

































