# EXHIBIT 4
# Part A
# (Art from the Heart)





CHILDREN OF PROMISE, NYC
CHILDREN OF PROMISE, NYC CHILDREN OF PROMISE, NYC CHILDREN OF PROMISE, NYC CHILDREN OF PROMISE, NYC CHILDREN OF PROMISE, NYC
CHILDREN OF PROMISE, NYC CHILDREN OF PROMISE, NYC CHILDREN OF PROMISE, NYC CHILDREN OF PROMISE, NYC CHILDREN OF PROMISE, NYC
CHILDREN OF PROMISE, NYC CHILDREN OF PROMISE, NYC CHILDREN OF PROMISE, NYC CHILDREN OF PROMISE, NYC CHILDREN OF PROMISE, NYC CHILDREN OF PROMISE, NYC
CHILDREN OF PROMISE, NYC CHILDREN OF PROMISE, NYC CHILDREN OF PROMISE, NYC CHILDREN OF PROMISE, NYC CHILDREN OF PROMISE, NYC
CHILDREN OF PROMISE, NYC CHILDREN OF PROMISE, NYC CHILDREN OF PROMISE, NYC CHILDREN OF PROMISE, NYC CHILDREN OF PROMISE, NYC CHILDREN OF PROMISE, NYC
CHILDREN OF PROMISE, NYC CHILDREN OF PROMISE, NYC CHILDREN OF PROMISE, NYC CHILDREN OF PROMISE, NYC CHILDREN OF PROMISE, NYC
CHILDREN OF PROMISE, NYC CHILDREN OF PROMISE, NYC CHILDREN OF PROMISE, NYC CHILDREN OF PROMISE, NYC CHILDREN OF PROMISE, NYC CHILDREN OF PROMISE, NYC
CHILDREN OF PROMISE, NYC CHILDREN OF PROMISE, NYC CHILDREN OF PROMISE, NYC CHILDREN OF PROMISE, NYC CHILDREN OF PROMISE, NYC
CHILDREN OF PROMISE, NYC CHILDREN OF PROMISE, NYC CHILDREN OF PROMISE, NYC CHILDREN OF PROMISE, NYC CHILDREN OF PROMISE, NYC CHILDREN OF PROMISE, NYC
CHILDREN OF PROMISE, NYC CHILDREN OF PROMISE, NYC CHILDREN OF PROMISE, NYC CHILDREN OF PROMISE, NYC CHILDREN OF PROMISE, NYC
CHILDREN OF PROMISE, NYC CHILDREN OF PROMISE, NYC CHILDREN OF PROMISE, NYC CHILDREN OF PROMISE, NYC CHILDREN OF PROMISE, NYC CHILDREN OF PROMISE, NYC
CHILDREN OF PROMISE, NYC CHILDREN OF PROMISE, NYC CHILDREN OF PROMISE, NYC CHILDREN OF PROMISE, NYC CHILDREN OF PROMISE, NYC
CHILDREN OF PROMISE, NYC CHILDREN OF PROMISE, NYC CHILDREN OF PROMISE, NYC CHILDREN OF PROMISE, NYC CHILDREN OF PROMISE, NYC CHILDREN OF PROMISE, NYC
CHILDREN OF PROMISE, NYC CHILDREN OF PROMISE, NYC CHILDREN OF PROMISE, NYC CHILDREN OF PROMISE, NYC CHILDREN OF PROMISE, NYC

# CONTENTS

Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . v

From the Founder . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ix

## VISUAL ARTS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 01
Visual arts allow children to creatively explore their joys and frustrations. Children are encouraged to externalize their worries, memories and difficulties, creating greater opportunity for discussion and healing.

## LETTER WRITING . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29
Though physically absent from their children's lives, incarcerated parents love their sons and daughters. Letter writing is one of the few ways a family's love can move beyond prison walls and becomes essential to sustain family ties.

## PERFORMING ARTS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 37
Music and dance create opportunities for children to learn new skills, discover hidden talents and build confidence to perform in front of a live audience.













# INTRODUCTION

The United States has the largest prison population of any nation. The unprecedented expansion of the criminal justice system over the past two decades has precipitated effects that reach far beyond the criminal offenders themselves. As reported by the Department of Justice, there are over 120,000 mothers and 1.1 million fathers in the federal prison system, resulting in more than 2.7 million children, nation-wide, under the age of 18, with an incarcerated parent. The U.S. Department of Justice indicates that without intervention, 70% of these children will follow in the footsteps of their parent(s) and enter into the juvenile and/or adult criminal justice system. Vulnerable to elevated levels of anxiety, fear, loneliness, anger and depression, these children are often stigmatized and ostracized, lose self-esteem, withdraw emotionally and socially or become truant. A formula that virtually guarantees one generation's prison boom will feed and fuel the next.

Children of incarcerated parents are an invisible population. While there are more than 105,000 minor children with a parent in the New York State jail and prison systems, very little information is collected in a systematic fashion and there are no government agencies (neither the police nor courts routinely inquire at the time of arrest or at sentencing whether a prisoner has children), public policies or few child welfare agencies and organizations in place to address their needs.

In Bedford-Stuyvesant, Brooklyn, children impacted by parental incarceration share the challenges and risk factors faced by other youth in their community. However, children of prisoners are subject to unique stressors and are at greater risk of repeating the cycle of destructive behavior. While children residing and attending school in Bedford Stuyvesant are vulnerable and at-risk from high poverty and increasing crime levels as well as insufficient educational resources plaguing this neighborhood, children of prisoners are at much greater risk of educational failure, dropping out of school, classroom behavioral difficulties and a general decline in academic performance than the average young person living in this neighborhood.







# FROM THE FOUNDER

Dear CPNYC Friends,

In 2007, I founded Children of Promise, NYC (CPNYC) after growing increasingly concerned about the lack of support offered to children impacted by parental incarceration. This forgotten population, which is only increasing as mass incarceration continues to rise, struggles with unique challenges and complex needs that have been largely ignored by traditional social service programs. CPNYC is the first organization in New York City dedicated to meeting the needs, interests and concerns of this population.

Our mission is to embrace the children of incarcerated parents and empower them to break the cycle of intergenerational involvement in the criminal justice system. In Bedford-Stuyvesant, Brooklyn, CPNYC provides a comprehensive after school program and summer day camp, mental health services, family engagement and mentoring to over 350 children and families each year.

Cultural arts programming is an essential component of CPNYC's after school services. At CPNYC, we serve vulnerable youth who have a history of trauma and are less likely to receive arts in schools, which is why it is so important that we provide a range of activities from visual arts to performing arts to writing. The cultural arts are unique in that they provide restorative benefits in a number of critical areas where our young people need support. The arts reduce delinquent behavior while increasing skills in coping, cooperation and conflict resolution. Furthermore, the creative arts inspire imagination, energize passion and transform how we interact with the world.

*Art From the Heart* is a collection of artwork and writing created by the participants in our program. Through fostering creative talent and expression, CPNYC is helping to build the capacity of our young people to become resilient individuals of promise. I encourage you to look through these pages and uncover their creative spirits.

Keeping the Promise!
Sharon Content



# ART FROM THE HEART



# VISUAL ARTS



Our visual arts program is especially designed for children experiencing the psychological trauma associated with having an imprisoned parent. Through visual art, our children are encouraged to creatively express that which might otherwise be dealt with in silence. As a result, the children are able to productively cope with frustrations and difficult emotions.

Our art teacher provides a safe space and designs curricula that encourage children to focus on the parts of their lives they might otherwise be uncomfortable discussing. Through art, the children externalize their worries, experiences and challenges, which creates a greater opportunity for discussion and healing.

