# EXHIBIT 4
# Part B
# (Art from the Heart)

































